# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY | ) ) No. CV-99-5076-EFS ) |
| Plaintiff, | ) ) |
| v. | ) ORDER TERMINATING |
| UNITED STATES DEPARTMENT OF ENERGY, | ) CONSENT DECREE ) ) |
| Defendant. | ) ) |

Having considered the parties' Joint Motion To Terminate Consent Decree, and having reviewed that motion, the Court finds that the work required under the Consent Decree has been completed and that the conditions in the Consent Decree for termination have been satisfied. The Court therefore GRANTS the Joint Motion To Terminate Consent Decree.

ORDER TERMINATING
CONSENT DECREE

1     Accordingly, it is hereby ORDERED that the Consent Decree entered on
2 September 29, 1999, as amended, is terminated.

4 IT IS SO ORDERED.

6 Dated this ___8th___ day of ___March___, 2011.

                                        s/ Edward F. Shea
                                        Honorable Edward F. Shea
                                        UNITED STATES DISTRICT JUDGE

ORDER TERMINATING
CONSENT DECREE                    - 2 -